UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINO S.,[1] <br>                Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL,[2] <br> Commissioner of Social Security, <br>                Defendant. | No. LA CV 19-04017 VBF (RAO) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The Court has further engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.

The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul, the current Commissioner of Social Security, is hereby substituted as the defendant.

1    IT IS ORDERED that the decision of the Commissioner of Social Security is
2 affirmed, and this action is dismissed with prejudice.

DATED: September 18, 2020        _____

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE