# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINO S.,[1] <br> Plaintiff, <br> v. <br> ANDREW M. SAUL,[2] <br> Commissioner of Social Security, <br> Defendant. | No. LA CV 19-04017 VBF (RAO) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: September 18, 2020

*Valerie Baker Fairbank*

———————————————
Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul, the current Commissioner of Social Security, is hereby substituted as the defendant.